UNITED STATES DISTRICT COURT
FOR THE WESTERN OF TENNESSEE

07 DEC 10 AM 10:01

THOMAS M. GOULD
CLK U.S. DISTRICT COURT

PAUL DENTON, pro se.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. MARSHAL'S SERVICE,
FEDERAL BUREAU OF PRISONS,
et al.,

    Defendants.

Case No. 07-2670-D/An

## PLAINTIFF'S MOTION REQUESTING LEAVE TO PROCEED IN FORMA PAUPERIS

Comes now, Plaintiff Paul Denton, pro se., presently confined at the Federal Correctional Institution, FCI Memphis, respectfully moves this Honorable Court pursuant to 28 U.S.C. § 1915(a)(1), to allow Plaintiff to proceed in this action without prepayment of costs because of the Plaintiff's indigent status and inability to prepay the entire filing fees at once.

The Plaintiff has attached hereto, his Declaration in Support of this Motion to Proceed Informa Pauperis, and a copy of Plaintiff's prison commissary account blance as required under 28 U.S.C. § 1915 (a)(2). The Plaintiff believes that he is entitled to relief sought and prayed for in Plaintiff's complaint.

WHERFORE, the Plaintiff respectfully prays the Court will grant Plaintiff leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (a)(1). This motion is brought in good faith, and in the interest of judicial

(1)

economy. 28 U.S.C. § 1746.

Respectfully submitted,

*Paul Denton*                                DATED: October 07, 2007
Paul Denton, pro se.,
#29485-044
Federal Correctional Institution
FCI Memphis
P.O. Box 34550
Memphis, TN. 38184-0550

# Inmate Statement

| Inmate Reg #: | 24485044 | Current Institution: | Memphis FCI |
| Inmate Name: | DENTON, PAUL | Housing Unit: | MEM-S-A |
| Report Date: | 09/24/2007 | Living Quarters: | S02-207L |
| Report Time: | 11:00:00 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | 9/11/2007 9:19:10 AM | TX091107 | | | Transfer - In from TRUFACS | ($69.61) | | ($63.05) |
| MEM | 9/10/2007 5:32:03 PM | 76 | | | Sales | ($0.45) | | $6.56 |
| MEM | 9/10/2007 5:30:42 PM | 75 | | | Sales | ($78.60) | | $7.01 |
| MEM | 9/10/2007 12:44:23 PM | GIPP0807 | | | Payroll - IPP | $5.40 | | $85.61 |
| MEM | 9/10/2007 11:53:42 AM | TFN0910 | | | Phone Withdrawal | ($10.00) | | $80.21 |
| MEM | 9/10/2007 5:13:03 AM | 70191103 | | | Lockbox - CD | $20.00 | | $90.21 |
| MEM | 9/7/2007 3:41:41 PM | TFN0907 | | | Phone Withdrawal | ($8.00) | | $70.21 |
| MEM | 9/7/2007 10:26:59 AM | TX090707 | | | Transfer - In from TRUFACS | $69.61 | | $78.21 |
| MEM | 9/6/2007 6:49:41 PM | 39 | | | Sales | ($128.90) | | $8.60 |
| MEM | 9/6/2007 3:19:03 PM | TFN0906 | | | Phone Withdrawal | ($1.00) | | $137.50 |
| MEM | 9/5/2007 6:24:50 PM | TFN0905 | | | Phone Withdrawal | ($1.00) | | $138.50 |
| MEM | 9/4/2007 4:46:20 PM | TFN0904 | | | Phone Withdrawal | ($3.00) | | $139.50 |
| MEM | 9/4/2007 9:17:40 AM | 002084 | | | Payroll - UNICOR | $142.39 | | $142.50 |
| MEM | 9/1/2007 9:16:08 PM | TFN0901 | | | Phone Withdrawal | ($1.00) | | $0.11 |
| MEM | 8/20/2007 11:35:41 AM | 12 | | | Sales | ($13.20) | | $1.11 |
| MEM | 8/13/2007 6:30:59 PM | 71 | | | Sales | ($25.85) | | $14.31 |
| MEM | 8/12/2007 2:12:12 PM | TFN0812 | | | Phone Withdrawal | ($5.00) | | $40.16 |
| MEM | 8/12/2007 5:16:05 AM | 70189202 | | | Lockbox - CD | $20.00 | | $45.16 |
| MEM | 8/9/2007 9:18:30 AM | | | 2677 | Bills | ($10.00) | | $25.16 |
| MEM | 8/8/2007 2:53:05 PM | GIPP0707 | | | Payroll - IPP | $5.40 | | $35.16 |
| MEM | 8/6/2007 5:05:49 PM | 4 | | | Sales | ($115.90) | | $29.76 |
| MEM | 8/2/2007 8:07:01 AM | 002072 | | | Payroll - UNICOR | $145.18 | | $145.66 |
| MEM | 7/23/2007 12:20:34 PM | 28 | | | Sales | ($6.55) | | $0.48 |
| MEM | 7/16/2007 6:14:29 PM | 78 | | | Sales | ($8.20) | | $7.03 |
| MEM | 7/16/2007 6:11:49 PM | 76 | | | Sales | ($84.85) | | $15.23 |
| MEM | 7/11/2007 11:20:04 AM | TFN0711 | | | Phone Withdrawal | ($21.00) | | $100.08 |
| MEM | 7/11/2007 9:03:35 AM | 33320307 | | | Western Union | $100.00 | | $121.08 |
| MEM | 7/10/2007 4:38:25 PM | TFN0710 | | | Phone Withdrawal | ($4.00) | | $21.08 |
| MEM | 7/10/2007 9:02:24 AM | GIPP0607 | | | Payroll - IPP | $4.80 | | $25.08 |
| MEM | 7/10/2007 5:13:19 AM | 70186801 | | | Lockbox - CD | $20.00 | | $20.28 |
| MEM | 7/9/2007 5:51:36 PM | 59 | | | Sales | ($3.60) | | $0.28 |
| MEM | 7/2/2007 6:24:48 PM | 54 | | | Sales | ($76.30) | | $3.88 |
| MEM | 7/2/2007 2:40:33 PM | TFN0702 | | | Phone Withdrawal | ($8.00) | | $80.18 |

| Code | Date/Time | Reference | | Type | Amount | Balance |
|---|---|---|---|---|---|---|
| MEM | 7/2/2007 10:51:41 AM | 002069 | | Payroll - UNICOR | $87.51 | $88.18 |
| MEM | 6/16/2007 12:23:23 PM | TFN0616 | | Phone Withdrawal | ($1.00) | $0.67 |
| MEM | 6/11/2007 5:59:53 PM | 67 | | Sales | ($64.30) | $1.67 |
| MEM | 6/10/2007 8:02:22 PM | TFN0610 | | Phone Withdrawal | ($1.00) | $65.97 |
| MEM | 6/9/2007 11:36:03 AM | TFN0609 | | Phone Withdrawal | ($2.00) | $66.97 |
| MEM | 6/9/2007 5:16:18 AM | 70184801 | | Lockbox - CD | $25.00 | $68.97 |
| MEM | 6/9/2007 5:16:15 AM | 70184801 | | Lockbox - CD | $40.00 | $43.97 |
| MEM | 6/8/2007 11:32:44 AM | TFN0608 | | Phone Withdrawal | ($2.00) | $3.97 |
| MEM | 6/8/2007 10:35:20 AM | GIPP0507 | | Payroll - IPP | $5.70 | $5.97 |
| MEM | 6/5/2007 5:27:10 PM | 60 | | Sales | ($79.95) | $0.27 |
| MEM | 6/5/2007 11:31:24 AM | TFN0605 | | Phone Withdrawal | ($2.00) | $80.22 |
| MEM | 6/5/2007 7:56:28 AM | 002058 | | Payroll - UNICOR | $81.63 | $82.22 |
| MEM | 5/15/2007 5:32:06 PM | 86 | | Sales | ($30.40) | $0.59 |
| MEM | 5/10/2007 6:48:05 AM | TFN0510 | | Phone Withdrawal | ($4.00) | $30.99 |
| MEM | 5/10/2007 5:11:31 AM | 70182701 | | Lockbox - CD | $25.00 | $34.99 |
| MEM | 5/9/2007 5:32:36 PM | TFN0509 | | Phone Withdrawal | ($1.00) | $9.99 |
| MEM | 5/9/2007 9:26:11 AM | GIPP0407 | | Payroll - IPP | $5.10 | $10.99 |

123

Total Transactions: 131

Totals:   ($63.05)   $0.00

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | $(63.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $(63.05) |
| Totals: | $(63.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $(63.05) |

h     e   e   b   e

# Inmate Statement

| Inmate Reg #: | 29385011 | Current Institution: | Memphis CCI |
|---|---|---|---|
| Inmate Name: | DENTON, PAUL | Housing Unit: | MEM-S-A |
| Report Date: | 09/24/2007 | Living Quarters: | S02-207L |
| Report Time: | 11:00:14 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | 5/8/2007 6:12:58 PM | 85 | | | Sales | ($39.20) | | $5.89 |
| MEM | 5/8/2007 11:47:38 AM | TFN0508 | | | Phone Withdrawal | ($1.00) | | $45.09 |
| MEM | 5/7/2007 11:19:04 AM | TFN0507 | | | Phone Withdrawal | ($1.00) | | $46.09 |
| MEM | 5/7/2007 10:35:42 AM | TFN0507 | | | Phone Withdrawal | ($1.00) | | $47.09 |
| MEM | 5/6/2007 10:51:09 AM | TFN0506 | | | Phone Withdrawal | ($1.00) | | $48.09 |
| MEM | 5/6/2007 8:27:02 AM | TFN0506 | | | Phone Withdrawal | ($1.00) | | $49.09 |
| MEM | 5/5/2007 5:06:04 PM | TFN0505 | | | Phone Withdrawal | ($1.00) | | $50.09 |
| MEM | 5/5/2007 1:43:25 PM | TFN0505 | | | Phone Withdrawal | ($1.00) | | $51.09 |
| MEM | 5/4/2007 2:55:57 PM | TFN0504 | | | Phone Withdrawal | ($1.00) | | $52.09 |
| MEM | 5/4/2007 6:51:18 AM | TFN0504 | | | Phone Withdrawal | ($1.00) | | $53.09 |
| MEM | 5/3/2007 3:38:32 PM | TFN0503 | | | Phone Withdrawal | ($1.00) | | $54.09 |
| MEM | 5/3/2007 12:13:05 PM | TFN0503 | | | Phone Withdrawal | ($1.00) | | $55.09 |
| MEM | 5/2/2007 12:24:33 PM | TFN0502 | | | Phone Withdrawal | ($3.00) | | $56.09 |
| MEM | 5/2/2007 11:33:38 AM | TFN0502 | | | Phone Withdrawal | ($1.00) | | $59.09 |
| MEM | 5/2/2007 8:45:25 AM | 002055 | | | Payroll - UNICOR | $59.79 | | $60.09 |
| MEM | 4/24/2007 5:27:33 PM | 48 | | | Sales | ($2.85) | | $0.30 |
| MEM | 4/24/2007 12:57:09 PM | | 1850 | | Support | ($40.00) | | $3.15 |
| MEM | 4/21/2007 3:03:36 PM | TFN0421 | | | Phone Withdrawal | ($2.00) | | $43.15 |
| MEM | 4/19/2007 3:42:51 PM | TFN0419 | | | Phone Withdrawal | ($1.00) | | $45.15 |
| MEM | 4/18/2007 10:09:08 AM | | 1804 | | Donation | ($5.25) | | $46.15 |
| MEM | 4/17/2007 5:56:21 PM | 86 | | | Sales | ($76.25) | | $51.40 |
| MEM | 4/15/2007 5:12:14 AM | 70180902 | | | Lockbox - CD | $25.00 | | $127.65 |
| MEM | 4/12/2007 1:06:19 PM | 33313907 | | | Western Union | $100.00 | | $102.65 |
| MEM | 4/12/2007 6:25:28 AM | TFN0412 | | | Phone Withdrawal | ($4.00) | | $2.65 |
| MEM | 4/11/2007 3:26:05 PM | TFN0411 | | | Phone Withdrawal | ($3.00) | | $6.65 |
| MEM | 4/11/2007 2:51:50 PM | TFN0411 | | | Phone Withdrawal | ($1.00) | | $9.65 |
| MEM | 4/10/2007 9:18:32 AM | 002049 | | | FRP Single Pymt | ($24.08) | | $10.65 |
| MEM | 4/10/2007 9:14:59 AM | GIPP0307 | | | Payroll - IPP | $5.10 | | $34.73 |
| MEM | 4/5/2007 6:13:50 AM | TFN0405 | | | Phone Withdrawal | ($9.00) | | $29.63 |
| MEM | 4/3/2007 5:55:15 PM | 79 | | | Sales | ($24.75) | | $38.63 |
| MEM | 4/3/2007 11:49:06 AM | TFN0403 | | | Phone Withdrawal | ($1.00) | | $63.38 |
| MEM | 4/3/2007 9:32:51 AM | 002047 | | | Payroll - UNICOR | $47.88 | | $64.38 |
| MEM | 4/2/2007 3:06:10 PM | TFN0402 | | | Phone Withdrawal | ($2.00) | | $16.50 |

| | | | | | |
|---|---|---|---|---|---|
| MEM | 4/1/2007 12:10:25 AM | GICD0307 - 547 | Debt Encumbrance - Released | | $1.50 | ------ |
| MEM | 4/1/2007 12:10:25 AM | GICD0307 - 523 | Debt Encumbrance - Released | | $0.50 | ------ |
| MEM | 4/1/2007 12:10:25 AM | GICD0307 | Inmate Co-pay | ($2.00) | | $18.50 |
| MEM | 3/31/2007 8:06:33 PM | 3333313007 | Western Union | $20.00 | | $20.50 |
| MEM | 3/31/2007 8:06:33 PM | GICD0307 - 547 | Debt Encumbrance | | ($1.50) | ------ |
| MEM | 3/23/2007 2:51:01 PM | GICD0307 - 523 | Debt Encumbrance | | ($0.50) | ------ |
| MEM | 3/13/2007 8:15:53 PM | TFN0313 | Phone Withdrawal | ($1.00) | | $0.50 |
| MEM | 3/11/2007 12:04:46 PM | TFN0311 | Phone Withdrawal | ($1.00) | | $1.50 |
| MEM | 3/10/2007 4:33:29 PM | TFN0310 | Phone Withdrawal | ($1.00) | | $2.50 |
| MEM | 3/9/2007 8:42:33 PM | TFN0309 | Phone Withdrawal | ($1.00) | | $3.50 |
| MEM | 3/9/2007 11:28:27 AM | TFN0309 | Phone Withdrawal | ($1.00) | | $4.50 |
| MEM | 3/9/2007 8:58:57 AM | GIPP0207 | Payroll - IPP | $4.80 | | $5.50 |
| MEM | 3/7/2007 5:15:17 PM | TFN0307 | Phone Withdrawal | ($1.00) | | $0.70 |
| MEM | 3/7/2007 7:00:42 AM | TFN0307 | Phone Withdrawal | ($1.00) | | $1.70 |
| MEM | 3/6/2007 6:41:23 PM | TFN0306 | Phone Withdrawal | ($1.00) | | $2.70 |
| MEM | 3/6/2007 5:29:37 PM | 92 | Sales | ($44.05) | | $3.70 |
| MEM | 3/6/2007 11:32:06 AM | TFN0306 | Phone Withdrawal | ($1.00) | | $47.75 |

1 2 3

Total Transactions: 131

Totals: ($63.05)   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | $(63.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $(63.05) |
| Totals: | $(63.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $(63.05) |

h                    e       e       b  e

Case 1:08-cv-04485  Document 4  Filed 12/10/2007  Page 7 of 9

InmateStatementCombined                                                                    Page 1 of 2

## Inmate Statement

| Inmate Reg #: | 29485044 | Current Institution: | Memphis FCI |
| Inmate Name: | DENTON, PAUL | Housing Unit: | MEM-S-A |
| Report Date: | 09/24/2007 | Living Quarters: | S02-207L |
| Report Time: | 11:00:27 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | 3/6/2007 9:17:54 AM | 002038 | | | Payroll - UNICOR | $48.72 | | $48.75 |
| MEM | 2/15/2007 6:02:59 AM | TFN0215 | | | Phone Withdrawal | ($1.00) | | $0.03 |
| MEM | 2/14/2007 5:15:20 PM | 31 | | | Sales | ($15.20) | | $1.03 |
| MEM | 2/14/2007 5:14:36 PM | TFN0214 | | | Phone Withdrawal | ($1.00) | | $16.23 |
| MEM | 2/12/2007 7:00:04 PM | TFN0212 | | | Phone Withdrawal | ($1.00) | | $17.23 |
| MEM | 2/8/2007 4:51:16 PM | TFN0208 | | | Phone Withdrawal | ($7.00) | | $18.23 |
| MEM | 2/8/2007 1:06:43 PM | 33309407 | | | Western Union | $20.00 | | $25.23 |
| MEM | 2/7/2007 9:23:30 PM | TFN0207 | | | Phone Withdrawal | ($2.00) | | $5.23 |
| MEM | 2/7/2007 11:51:33 AM | TFN0207 | | | Phone Withdrawal | ($3.00) | | $7.23 |
| MEM | 2/6/2007 4:57:06 PM | TFN0206 | | | Phone Withdrawal | ($2.00) | | $10.23 |
| MEM | 2/6/2007 3:35:34 PM | GIPP0107 | | | Payroll - IPP | $5.25 | | $12.23 |
| MEM | 2/6/2007 3:35:19 PM | GIPP0107 | | | Payroll - IPP | $5.40 | | $6.98 |
| MEM | 2/5/2007 12:50:01 PM | 68 | | | Sales | ($1.05) | | $1.58 |
| MEM | 2/3/2007 2:06:56 PM | TFN0203 | | | Phone Withdrawal | ($1.00) | | $2.63 |
| MEM | 2/2/2007 9:45:36 PM | TFN0202 | | | Phone Withdrawal | ($2.00) | | $3.63 |
| MEM | 2/2/2007 8:22:36 PM | TFN0202 | | | Phone Withdrawal | ($2.00) | | $5.63 |
| MEM | 2/2/2007 12:35:51 PM | 002030 | | | Payroll - UNICOR | $7.02 | | $7.63 |
| MEM | 1/9/2007 7:35:30 PM | TFN0109 | | | Phone Withdrawal | ($1.00) | | $0.61 |
| MEM | 1/9/2007 6:36:00 AM | TFN0109 | | | Phone Withdrawal | ($2.00) | | $1.61 |
| MEM | 1/8/2007 5:38:19 PM | TFN0108 | | | Phone Withdrawal | ($2.00) | | $3.61 |
| MEM | 1/8/2007 10:49:47 AM | TFN0108 | | | Phone Withdrawal | ($3.00) | | $5.61 |
| MEM | 1/8/2007 7:12:37 AM | TX010807 | | | Transfer - In from TRUFACS | $8.41 | | $8.61 |
| MEM | 12/17/2006 8:42:52 AM | TFN1217 | | | Phone Withdrawal | ($1.00) | | $0.20 |
| MEM | 12/16/2006 9:16:49 PM | TFN1216 | | | Phone Withdrawal | ($1.00) | | $1.20 |
| MEM | 12/16/2006 5:28:59 PM | TFN1216 | | | Phone Withdrawal | ($1.00) | | $2.20 |
| MEM | 12/14/2006 5:13:39 PM | TFN1214 | | | Phone Withdrawal | ($2.00) | | $3.20 |
| MEM | 12/13/2006 2:21:32 PM | TFN1213 | | | Phone Withdrawal | ($2.00) | | $5.20 |
| MEM | 12/12/2006 5:50:32 PM | TFN1212 | | | Phone Withdrawal | ($1.00) | | $7.20 |
| MEM | 12/12/2006 11:57:47 AM | 83 | | | Sales | ($57.45) | | $8.20 |
| MEM | 12/12/2006 6:05:01 AM | TFN1212 | | | Phone Withdrawal | ($5.00) | | $65.65 |
| MEM | 12/12/2006 3:17:08 AM | TX121206 | | | Transfer - In from TRUFACS | $70.65 | | $70.65 |

1 2 3

Total Transactions: 131

Totals: ($63.05) $0.00

h     e   e   e   b   e

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | $(63.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $(63.05) |
| Totals: | $(63.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $(63.05) |

h   e   e   b e



Paul S. Denton #89485044
F.C.I. Memphis
P.O. Box 34550
Memphis, TN 38134-0550

Clerk, United States District Court,
Western District of Tennessee,
167 N. Main, Room 242
Memphis, TN 38103

Legal Mail