UNITED STATES DISTRICT COURT
FOR THE WESTERN OF TENNESSEE

**RECEIVED**

JAN -7 2007

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN

PAUL DENTON, pro se.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. MARSHAL'S SERVICE,
FEDERAL BUREAU OF PRISONS,
et al.,

    Defendants.

Case No. 07-2670-D/An

<u>PLAINTIFF'S MOTION REQUESTING LEAVE TO PROCEED IN FORMA PAUPERIS</u>

Comes now, Plaintiff Paul Denton, pro se., presently confined at the Federal Correctional Institution, FCI Memphis, respectfully moves this Honorable Court pursuant to 28 U.S.C. § 1915(a)(1), to allow Plaintiff to proceed in this action without prepayment of costs because of the Plaintiff's indigent status and inability to prepay the entire filing fees at once.

The Plaintiff has attached hereto, his Declaration in Support of this Motion to Proceed Informa Pauperis, and a copy of Plaintiff's prison commissary account blance as required under 28 U.S.C. § 1915 (a)(2). The Plaintiff believes that he is entitled to relief sought and prayed for in Plaintiff's complaint.

WHERFORE, the Plaintiff respectfully prays the Court will grant Plaintiff <u>leave</u> to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915 (a)(1). This motion is brought in good faith, and in the interest of judicial

economy. 28 U.S.C. § 1746.

Respectfully submitted,

*/s/ Paul Denton*  DATED: October 07, 2007

Paul Denton, pro se.,
#29485-044
Federal Correctional Institution
FCI Memphis
P.O. Box 34550
Memphis, TN. 38184-0550

Mr. Paul S. Denton, pro se.
#29485-044
Federal Correctional Institution
P.O. Box 34550
Memphis, TN. 38184-0550

LEGAL MAIL

Cler
Unit
West
242
Memp