AO 240 (Rev. 10/03)

**RECEIVED**

# UNITED STATES DISTRICT COURT

JAN − 7 2007

District of _____

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN

United States of America,
U.S. Marshal's Service, (BOP)
et al.,)   Defendant

V.

Paul S. Denton, Pro.Se.
Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07-2670-D/AN

I, Paul Stacy Denton, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   F.C.I. Memphis

   Are you employed at the institution?  Yes   Do you receive any payment from the institution?  Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  Federal Prisons Industry - UNICOR  $80.00 per month

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☐ Yes    ☒ No

AO 240 (Rev. 10/03)

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N-A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N-A

I declare under penalty of perjury that the above information is true and correct.

12-27-07
Date

Paul J. Denton  #29485-044
Signature of Applicant  PRO-SE

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 29488044 | Current Institution: | Memphis FCI |
| Inmate Name: | DENTON, PAUL | Housing Unit: | MEM-S-A |
| Report Date: | 09/24/2007 | Living Quarters: | S02-207L |
| Report Time: | 11:00:00 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | 9/11/2007 9:19:10 AM | TX091107 | | | Transfer - In from TRUFACS | ($69.61) | | ($63.05) |
| MEM | 9/10/2007 5:32:03 PM | 76 | | | Sales | ($0.45) | | $6.56 |
| MEM | 9/10/2007 5:30:42 PM | 75 | | | Sales | ($78.60) | | $7.01 |
| MEM | 9/10/2007 12:44:23 PM | GIPP0807 | | | Payroll - IPP | $5.40 | | $85.61 |
| MEM | 9/10/2007 11:53:42 AM | TFN0910 | | | Phone Withdrawal | ($10.00) | | $80.21 |
| MEM | 9/10/2007 5:13:03 AM | 70191103 | | | Lockbox - CD | $20.00 | | $90.21 |
| MEM | 9/7/2007 3:41:41 PM | TFN0907 | | | Phone Withdrawal | ($8.00) | | $70.21 |
| MEM | 9/7/2007 10:26:59 AM | TX090707 | | | Transfer - In from TRUFACS | $69.61 | | $78.21 |
| MEM | 9/6/2007 6:49:41 PM | 39 | | | Sales | ($128.90) | | $8.60 |
| MEM | 9/6/2007 3:19:03 PM | TFN0906 | | | Phone Withdrawal | ($1.00) | | $137.50 |
| MEM | 9/5/2007 6:24:50 PM | TFN0905 | | | Phone Withdrawal | ($1.00) | | $138.50 |
| MEM | 9/4/2007 4:46:20 PM | TFN0904 | | | Phone Withdrawal | ($3.00) | | $139.50 |
| MEM | 9/4/2007 9:17:40 AM | 002084 | | | Payroll - UNICOR | $142.39 | | $142.50 |
| MEM | 9/1/2007 9:16:08 PM | TFN0901 | | | Phone Withdrawal | ($1.00) | | $0.11 |
| MEM | 8/20/2007 11:35:41 AM | 12 | | | Sales | ($13.20) | | $1.11 |
| MEM | 8/13/2007 6:30:59 PM | 71 | | | Sales | ($25.85) | | $14.31 |
| MEM | 8/12/2007 2:12:12 PM | TFN0812 | | | Phone Withdrawal | ($5.00) | | $40.16 |
| MEM | 8/12/2007 5:16:05 AM | 70189202 | | | Lockbox - CD | $20.00 | | $45.16 |
| MEM | 8/9/2007 9:18:30 AM | | | 2677 | Bills | ($10.00) | | $25.16 |
| MEM | 8/8/2007 2:53:05 PM | GIPP0707 | | | Payroll - IPP | $5.40 | | $35.16 |
| MEM | 8/6/2007 5:05:49 PM | 4 | | | Sales | ($115.90) | | $29.76 |
| MEM | 8/2/2007 8:07:01 AM | 002072 | | | Payroll - UNICOR | $145.18 | | $145.66 |
| MEM | 7/23/2007 12:20:34 PM | 28 | | | Sales | ($6.55) | | $0.48 |
| MEM | 7/16/2007 6:14:29 PM | 78 | | | Sales | ($8.20) | | $7.03 |
| MEM | 7/16/2007 6:11:49 PM | 76 | | | Sales | ($84.85) | | $15.23 |
| MEM | 7/11/2007 11:20:04 AM | TFN0711 | | | Phone Withdrawal | ($21.00) | | $100.08 |
| MEM | 7/11/2007 9:03:35 AM | 33320307 | | | Western Union | $100.00 | | $121.08 |
| MEM | 7/10/2007 4:38:25 PM | TFN0710 | | | Phone Withdrawal | ($4.00) | | $21.08 |
| MEM | 7/10/2007 9:02:24 AM | GIPP0607 | | | Payroll - IPP | $4.80 | | $25.08 |
| MEM | 7/10/2007 5:13:19 AM | 70186801 | | | Lockbox - CD | $20.00 | | $20.28 |
| MEM | 7/9/2007 5:51:36 PM | 59 | | | Sales | ($3.60) | | $0.28 |
| MEM | 7/2/2007 6:24:48 PM | 54 | | | Sales | ($76.30) | | $3.88 |
| MEM | 7/2/2007 2:40:33 PM | TFN0702 | | | Phone Withdrawal | ($8.00) | | $80.18 |

h  e  e  b e

| | | | | | |
|---|---|---|---|---|---|
| MEM | 7/2/2007 10:51:41 AM | 002069 | Payroll - UNICOR | $87.51 | $88.18 |
| MEM | 6/16/2007 12:23:23 PM | TFN0616 | Phone Withdrawal | ($1.00) | $0.67 |
| MEM | 6/11/2007 5:59:53 PM | 67 | Sales | ($64.30) | $1.67 |
| MEM | 6/10/2007 8:02:22 PM | TFN0610 | Phone Withdrawal | ($1.00) | $65.97 |
| MEM | 6/9/2007 11:36:03 AM | TFN0609 | Phone Withdrawal | ($2.00) | $66.97 |
| MEM | 6/9/2007 5:16:18 AM | 70184801 | Lockbox - CD | $25.00 | $68.97 |
| MEM | 6/9/2007 5:16:15 AM | 70184801 | Lockbox - CD | $40.00 | $43.97 |
| MEM | 6/8/2007 11:32:44 AM | TFN0608 | Phone Withdrawal | ($2.00) | $3.97 |
| MEM | 6/8/2007 10:35:20 AM | GIPP0507 | Payroll - IPP | $5.70 | $5.97 |
| MEM | 6/5/2007 5:27:10 PM | 60 | Sales | ($79.95) | $0.27 |
| MEM | 6/5/2007 11:31:24 AM | TFN0605 | Phone Withdrawal | ($2.00) | $80.22 |
| MEM | 6/5/2007 7:56:28 AM | 002058 | Payroll - UNICOR | $81.63 | $82.22 |
| MEM | 5/15/2007 5:32:06 PM | 86 | Sales | ($30.40) | $0.59 |
| MEM | 5/10/2007 6:48:05 AM | TFN0510 | Phone Withdrawal | ($4.00) | $30.99 |
| MEM | 5/10/2007 5:11:31 AM | 70182701 | Lockbox - CD | $25.00 | $34.99 |
| MEM | 5/9/2007 5:32:36 PM | TFN0509 | Phone Withdrawal | ($1.00) | $9.99 |
| MEM | 5/9/2007 9:26:11 AM | GIPP0407 | Payroll - IPP | $5.10 | $10.99 |

1 2 3

Total Transactions: 131                                           Totals:   ($63.05)   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | $(63.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $(63.05) |
| Totals: | $(63.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $(63.05) |

h           e      e e       b e

# Inmate Statement

| | |
|---|---|
| Inmate Reg #: 29185044 | Current Institution: Memphis FCI |
| Inmate Name: DENTON, PAUL | Housing Unit: MEM-S-A |
| Report Date: 09/24/2007 | Living Quarters: S02-207L |
| Report Time: 11:00:14 AM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | 5/8/2007 6:12:58 PM | 85 | | | Sales | ($39.20) | | $5.89 |
| MEM | 5/8/2007 11:47:38 AM | TFN0508 | | | Phone Withdrawal | ($1.00) | | $45.09 |
| MEM | 5/7/2007 11:19:04 AM | TFN0507 | | | Phone Withdrawal | ($1.00) | | $46.09 |
| MEM | 5/7/2007 10:35:42 AM | TFN0507 | | | Phone Withdrawal | ($1.00) | | $47.09 |
| MEM | 5/6/2007 10:51:09 AM | TFN0506 | | | Phone Withdrawal | ($1.00) | | $48.09 |
| MEM | 5/6/2007 8:27:02 AM | TFN0506 | | | Phone Withdrawal | ($1.00) | | $49.09 |
| MEM | 5/5/2007 5:06:04 PM | TFN0505 | | | Phone Withdrawal | ($1.00) | | $50.09 |
| MEM | 5/5/2007 1:43:25 PM | TFN0505 | | | Phone Withdrawal | ($1.00) | | $51.09 |
| MEM | 5/4/2007 2:55:57 PM | TFN0504 | | | Phone Withdrawal | ($1.00) | | $52.09 |
| MEM | 5/4/2007 6:51:18 AM | TFN0504 | | | Phone Withdrawal | ($1.00) | | $53.09 |
| MEM | 5/3/2007 3:38:32 PM | TFN0503 | | | Phone Withdrawal | ($1.00) | | $54.09 |
| MEM | 5/3/2007 12:13:05 PM | TFN0503 | | | Phone Withdrawal | ($1.00) | | $55.09 |
| MEM | 5/2/2007 12:24:33 PM | TFN0502 | | | Phone Withdrawal | ($3.00) | | $56.09 |
| MEM | 5/2/2007 11:33:38 AM | TFN0502 | | | Phone Withdrawal | ($1.00) | | $59.09 |
| MEM | 5/2/2007 8:45:25 AM | 002055 | | | Payroll - UNICOR | $59.79 | | $60.09 |
| MEM | 4/24/2007 5:27:33 PM | 48 | | | Sales | ($2.85) | | $0.30 |
| MEM | 4/24/2007 12:57:09 PM | | 1850 | | Support | ($40.00) | | $3.15 |
| MEM | 4/21/2007 3:03:36 PM | TFN0421 | | | Phone Withdrawal | ($2.00) | | $43.15 |
| MEM | 4/19/2007 3:42:51 PM | TFN0419 | | | Phone Withdrawal | ($1.00) | | $45.15 |
| MEM | 4/18/2007 10:09:08 AM | | 1804 | | Donation | ($5.25) | | $46.15 |
| MEM | 4/17/2007 5:56:21 PM | 86 | | | Sales | ($76.25) | | $51.40 |
| MEM | 4/15/2007 5:12:14 AM | 70180902 | | | Lockbox - CD | $25.00 | | $127.65 |
| MEM | 4/12/2007 1:06:19 PM | 33313907 | | | Western Union | $100.00 | | $102.65 |
| MEM | 4/12/2007 6:25:28 AM | TFN0412 | | | Phone Withdrawal | ($4.00) | | $2.65 |
| MEM | 4/11/2007 3:26:05 PM | TFN0411 | | | Phone Withdrawal | ($3.00) | | $6.65 |
| MEM | 4/11/2007 2:51:50 PM | TFN0411 | | | Phone Withdrawal | ($1.00) | | $9.65 |
| MEM | 4/10/2007 9:18:32 AM | 002049 | | | FRP Single Pymt | ($24.08) | | $10.65 |
| MEM | 4/10/2007 9:14:59 AM | GIPP0307 | | | Payroll - IPP | $5.10 | | $34.73 |
| MEM | 4/5/2007 6:13:50 AM | TFN0405 | | | Phone Withdrawal | ($9.00) | | $29.63 |
| MEM | 4/3/2007 5:55:15 PM | 79 | | | Sales | ($24.75) | | $38.63 |
| MEM | 4/3/2007 11:49:06 AM | TFN0403 | | | Phone Withdrawal | ($1.00) | | $63.38 |
| MEM | 4/3/2007 9:32:51 AM | 002047 | | | Payroll - UNICOR | $47.88 | | $64.38 |
| MEM | 4/2/2007 3:06:10 PM | TFN0402 | | | Phone Withdrawal | ($2.00) | | $16.50 |

| Alpha Code | Date/Time | Ref | Description | Amount | Encumbrance | Balance |
|---|---|---|---|---|---|---|
| MEM | 4/1/2007 12:10:25 AM | GICD0307 - 547 | Debt Encumbrance - Released | | $1.50 | ——— |
| MEM | 4/1/2007 12:10:25 AM | GICD0307 - 523 | Debt Encumbrance - Released | | $0.50 | ——— |
| MEM | 4/1/2007 12:10:25 AM | GICD0307 | Inmate Co-pay | ($2.00) | | $18.50 |
| MEM | 3/31/2007 8:06:33 PM | 3333313007 | Western Union | $20.00 | | $20.50 |
| MEM | 3/31/2007 8:06:33 PM | GICD0307 - 547 | Debt Encumbrance | | ($1.50) | ——— |
| MEM | 3/23/2007 2:51:01 PM | GICD0307 - 523 | Debt Encumbrance | | ($0.50) | ——— |
| MEM | 3/13/2007 8:15:53 PM | TFN0313 | Phone Withdrawal | ($1.00) | | $0.50 |
| MEM | 3/11/2007 12:04:46 PM | TFN0311 | Phone Withdrawal | ($1.00) | | $1.50 |
| MEM | 3/10/2007 4:33:29 PM | TFN0310 | Phone Withdrawal | ($1.00) | | $2.50 |
| MEM | 3/9/2007 8:42:33 PM | TFN0309 | Phone Withdrawal | ($1.00) | | $3.50 |
| MEM | 3/9/2007 11:28:27 AM | TFN0309 | Phone Withdrawal | ($1.00) | | $4.50 |
| MEM | 3/9/2007 8:58:57 AM | GIPP0207 | Payroll - IPP | $4.80 | | $5.50 |
| MEM | 3/7/2007 5:15:17 PM | TFN0307 | Phone Withdrawal | ($1.00) | | $0.70 |
| MEM | 3/7/2007 7:00:42 AM | TFN0307 | Phone Withdrawal | ($1.00) | | $1.70 |
| MEM | 3/6/2007 6:41:23 PM | TFN0306 | Phone Withdrawal | ($1.00) | | $2.70 |
| MEM | 3/6/2007 5:29:37 PM | 92 | Sales | ($44.05) | | $3.70 |
| MEM | 3/6/2007 11:32:06 AM | TFN0306 | Phone Withdrawal | ($1.00) | | $47.75 |

1 2 3

Total Transactions: 131

Totals: ($63.05) $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | $(63.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $(63.05) |
| Totals: | $(63.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $(63.05) |

h　　　　　　　　　　e　　e　e　　b　e

# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 29485011 | | Current Institution: | Memphis FCI |
| Inmate Name: | DENTON, PAUL | | Housing Unit: | MEM-S-A |
| Report Date: | 09/24/2007 | | Living Quarters: | S02-207L |
| Report Time: | 11:00:27 AM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | 3/6/2007 9:17:54 AM | 002038 | | | Payroll - UNICOR | $48.72 | | $48.75 |
| MEM | 2/15/2007 6:02:59 AM | TFN0215 | | | Phone Withdrawal | ($1.00) | | $0.03 |
| MEM | 2/14/2007 5:15:20 PM | 2031 | | | Sales | ($15.20) | | $1.03 |
| MEM | 2/14/2007 5:14:36 PM | TFN0214 | | | Phone Withdrawal | ($1.00) | | $16.23 |
| MEM | 2/12/2007 7:00:04 PM | TFN0212 | | | Phone Withdrawal | ($1.00) | | $17.23 |
| MEM | 2/8/2007 4:51:16 PM | TFN0208 | | | Phone Withdrawal | ($7.00) | | $18.23 |
| MEM | 2/8/2007 1:06:43 PM | 33309407 | | | Western Union | $20.00 | | $25.23 |
| MEM | 2/7/2007 9:23:30 PM | TFN0207 | | | Phone Withdrawal | ($2.00) | | $5.23 |
| MEM | 2/7/2007 11:51:33 AM | TFN0207 | | | Phone Withdrawal | ($3.00) | | $7.23 |
| MEM | 2/6/2007 4:57:06 PM | TFN0206 | | | Phone Withdrawal | ($2.00) | | $10.23 |
| MEM | 2/6/2007 3:35:34 PM | GIPP0107 | | | Payroll - IPP | $5.25 | | $12.23 |
| MEM | 2/6/2007 3:35:19 PM | GIPP0107 | | | Payroll - IPP | $5.40 | | $6.98 |
| MEM | 2/5/2007 12:50:01 PM | 68 | | | Sales | ($1.05) | | $1.58 |
| MEM | 2/3/2007 2:06:56 PM | TFN0203 | | | Phone Withdrawal | ($1.00) | | $2.63 |
| MEM | 2/2/2007 9:45:36 PM | TFN0202 | | | Phone Withdrawal | ($2.00) | | $3.63 |
| MEM | 2/2/2007 8:22:36 PM | TFN0202 | | | Phone Withdrawal | ($2.00) | | $5.63 |
| MEM | 2/2/2007 12:35:51 PM | 002030 | | | Payroll - UNICOR | $7.02 | | $7.63 |
| MEM | 1/9/2007 7:35:30 PM | TFN0109 | | | Phone Withdrawal | ($1.00) | | $0.61 |
| MEM | 1/9/2007 6:36:00 AM | TFN0109 | | | Phone Withdrawal | ($2.00) | | $1.61 |
| MEM | 1/8/2007 5:38:19 PM | TFN0108 | | | Phone Withdrawal | ($2.00) | | $3.61 |
| MEM | 1/8/2007 10:49:47 AM | TFN0108 | | | Phone Withdrawal | ($3.00) | | $5.61 |
| MEM | 1/8/2007 7:12:37 AM | TX010807 | | | Transfer - In from TRUFACS | $8.41 | | $8.61 |
| MEM | 12/17/2006 8:42:52 AM | TFN1217 | | | Phone Withdrawal | ($1.00) | | $0.20 |
| MEM | 12/16/2006 9:16:49 PM | TFN1216 | | | Phone Withdrawal | ($1.00) | | $1.20 |
| MEM | 12/16/2006 5:28:59 PM | TFN1216 | | | Phone Withdrawal | ($1.00) | | $2.20 |
| MEM | 12/14/2006 5:13:39 PM | TFN1214 | | | Phone Withdrawal | ($2.00) | | $3.20 |
| MEM | 12/13/2006 2:21:32 PM | TFN1213 | | | Phone Withdrawal | ($2.00) | | $5.20 |
| MEM | 12/12/2006 5:50:32 PM | TFN1212 | | | Phone Withdrawal | ($1.00) | | $7.20 |
| MEM | 12/12/2006 11:57:47 AM | 83 | | | Sales | ($57.45) | | $8.20 |
| MEM | 12/12/2006 6:05:01 AM | TFN1212 | | | Phone Withdrawal | ($5.00) | | $65.65 |
| MEM | 12/12/2006 3:17:08 AM | TX121206 | | | Transfer - In from TRUFACS | $70.65 | | $70.65 |

1 2 3

Total Transactions: 131

Totals:   ($63.05)   $0.00

h   e   e   b e

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MEM | $(63.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $(63.05) |
| Totals: | $(63.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $(63.05) |

Mr. Paul S. Denton, pro se.
#29485-044
Federal Correctional Institution
P.O. Box 34550
Memphis, TN. 38184-0550

LEGAL MAIL

Cler
Unit
West
242
Memp