AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/6/08 |
| NAME OF SERVER (PRINT) David Fink | TITLE Deputy US Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Julia Ridley at address listed

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/6/08
              Date

Signature of Server

167 N. Main St #1072
Memphis TN 38103
Address of Server

RECEIVED 2008 FEB -6 PM 2:07
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western District of Tennessee

Paul Denton

V.

United States of America

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2670

TO: (Name and address of Defendant)

US Attorney-David Kustoff
167 N. Main Street, Suite 800
Memphis TN 38103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Thomas M. Gould                                   1/29/2008

CLERK                                             DATE

s/J. Lee

(By) DEPUTY CLERK