| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery<br>Ruben Blw 3/5/08 |
| 1. Article Addressed to:<br>Federal Correctional Institution<br>FCI Memphis<br>Prison Official in Charge of Prison Trust Fund Accounts<br>P.O. Box 34350<br>Memphis, TN. 38184-0550 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07-2670<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0005 5944 7822 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540