**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 2/5/08

1. Article Addressed to:

Federal Correctional Inst
FCI - Memphis
Warden
P.O. Box 34550
Memphis, TN. 38184-0550

D. Is delivery address different from item 1?  ☐ Yes  ☑ No
If YES, enter delivery address below:

07-2670-D

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 0710 0005 5944 7839

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540