# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Paul Denton | COURT CASE NUMBER: 07-2670 |
| DEFENDANT: USA et al | TYPE OF PROCESS: Summons/Complaint |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
Attorney General of the United States - Attorney Gen. Michael Mukasey

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):
10th & Constitution Avenues, N.W., Washington, D.C. 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Paul Denton
29485-044 - FCI - Memphis
P.O. Box 34550
Memphis, TN. 38184-0550

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

*[Stamp: UNITED STATES MARSHALS WEST TENNESSEE 2008 JAN 30 PM 3 29]*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

※ See Attached Order etc.

Signature of Attorney or other Originator requesting service on behalf of: Thomas M. Gould, clerk
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 901-495-1200
DATE: 1/29/08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 76
District to Serve No.: 76
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 1/30/08

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 2/11/08
Time: am/pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

*[Stamp: RECEIVED 2008 FEB 11 PM 2:... CLERK US DISTRICT COURT W/D TN, MEMPHIS]*

**REMARKS:**
1/30/08 Certified Mail 7007 1490 0000 4189 3058
2/11/08 Return receipt received

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) [signature]  B. Date of Delivery<br><br>C. Signature<br>X  FEB 0 6 2008     ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Attorney General of the United States<br>10th. & Constitution Ave., NW<br>Washington, DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:      ☐ No |
| 07-2670 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label) | 7007 1490 0000 4189 3058 |
| PS Form 3811, July 1999 | Domestic Return Receipt                102595-00-M-1789 |