# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Paul Denton | COURT CASE NUMBER: 07-2670 |
| DEFENDANT: USA et al | TYPE OF PROCESS: Summons/Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Federal Bureau of Prisons - Harley Lappin, Director

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
320 First Street, NW, Washington, DC. 20534

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Paul Denton
29485-044 - FCI Memphis
P.O. Box 34550
Memphis, TN. 38184-0550

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

X See Attached Order - etc.

Signature of Attorney or other Originator requesting service on behalf of:
Thomas M. Gould, clerk     ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 901-495-1200
DATE: 1/29/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 76 | District to Serve No. 76 | Signature of Authorized USMS Deputy or Clerk | Date 1/30/08 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/11/08
Time: am/pm
Signature of U.S. Marshal or Deputy

| Service Fee 45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee 8.00 | Total Charges $3.00 | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |

**REMARKS:**
1/30/08 - Certified Mail - 7007 1490 0000 3005
2/11/08 - Return receipt received

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery<br>     2-4-08<br>C. Signature<br>X _____ ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>Federal Bureau of Prisons<br>Harley G. Lappin, Director<br>320 First Street NW<br>Washington, DC 20534 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from service label)<br>01-2670 | 7007 1490 0000 4189 3065 |
| PS Form 3811, July 1999 | Domestic Return Receipt    102595-99-M-1789 |