IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| PAUL DENTON, pro se., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 07-2670-D/An |
| UNITED STATES OF AMERICA, et al., | § § § § | Before The Honorable Bernice B. Donald United States District Judge |
| Defendants. | § § § | |

## PLAINTIFF'S RESPONSE TO COURT ORDER

Comes now, Plaintiff Paul Denton, pro se., presently confined at the Federal Correctional Institution, FCI Memphis, respectfully moves this Honorable Court pursuant to 28 U.S.C. § 1915(a)(1), to except the copy of the attached "Certified" trust fund account statement for the six months prior to the commencement of this action. Please note that the attached account statement was given to Plaintiff after Plaintiff received this Honorable Court's order requesting that the account statement be certified by staff.

The staff refused to certify the original account statement, even after Plaintiff shown them this court's order. They issued a new account statement and the new account statement was certified on January 29, 2008, on page two of the account statement. Plaintiff hopes that this will not be a problem for the court. If there is any other information that this Honorable Court would need from Plaintiff, Plaintiff is more

(1)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PAUL DENTON, pro se., §
§
Plaintiff, §
§
v. § Case No. 07-2670-D/An
§
UNITED STATES OF AMERICA, § Before The Honorable
et al., § Bernice B. Donald
§ United States District Judge
Defendants. §
§

## PLAINTIFF'S RESPONSE TO COURT ORDER

Comes now, Plaintiff Paul Denton, pro se., presently confined at the Federal Correctional Institution, FCI Memphis, respectfully moves this Honorable Court pursuant to 28 U.S.C. § 1915(a)(1), to except the copy of the attached "Certified" trust fund account statement for the six months prior to the commencement of this action. Please note that the attached account statement was given to Plaintiff after Plaintiff received this Honorable Court's order requesting that the account statement be certified by staff.

The staff refused to certify the original account statement, even after Plaintiff shown them this court's order. They issued a new account statement and the new account statement was certified on January 29, 2008, on page two of the account statement. Plaintiff hopes that this will not be a problem for the court. If there is any other information that this Honorable Court would need from Plaintiff, Plaintiff is more

(1)

than willing to fully cooperate with this Honorable Court.

---

### PLEA FOR LIBERAL CONSIDERATION

The Plaintiff respectfully moves this Honorable Court to grant all liberal considerations with respect to this action, pursuant to <u>Haines v. Kerner</u>, 404 U.S. 519, 30 L.Ed. 2d. 652, 92 S.Ct. 594 (1972). As Plaintiff is <u>not</u> an attorney, has not attended any law school, and has no professional training with respect to filing of any legal pleadings.

---

### CONCLUSION

The Plaintiff, Paul Denton, pro se., respectfully request and prays that this Honorable Court will except the certified copy of Plaintiff's account statement for the court's record in this action. This response motion is brought before this Honorable Court in good faith.

---

Respectfully submitted,

*/s/ Paul Denton*  
Paul Denton, pro se.  
#29485-044  
Federal Correctional Institution  
FCI Memphis  
P.O. Box 34550  
Memphis, TN. 38184-0550

Dated: February 07, 2008

(2)

# Inmate Statement

| Inmate Reg #: | 79388-011 | Current Institution: | Memphis FCI |
| Inmate Name: | DENTON, PAUL | Housing Unit: | MEM-N-A |
| Report Date: | 01/29/2008 | Living Quarters: | 502-205L |
| Report Time: | 11:15:01 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | 1/26/2008 5:19:41 AM | 4170100601 | | | Lockbox - CD | $20.00 | | $20.64 |
| MEM | 1/16/2008 5:05:14 PM | TFN0116 | | | Phone Withdrawal | ($1.00) | | $0.64 |
| MEM | 1/15/2008 6:14:49 AM | TFN0115 | | | Phone Withdrawal | ($1.00) | | $1.64 |
| MEM | 1/9/2008 6:31:00 PM | TFN0109 | | | Phone Withdrawal | ($3.00) | | $2.64 |
| MEM | 1/9/2008 5:47:13 PM | 58 | | | Sales | $4.60 | | $5.64 |
| MEM | 1/9/2008 5:43:24 PM | 57 | | | Sales | ($107.65) | | $1.04 |
| MEM | 1/9/2008 4:50:17 PM | TFN0109 | | | Phone Withdrawal | ($2.00) | | $108.69 |
| MEM | 1/4/2008 11:37:19 AM | TFN0104 | | | Phone Withdrawal | ($4.00) | | $110.69 |
| MEM | 1/4/2008 10:24:21 AM | 002018 | | | Payroll - UNICOR | $113.77 | | $114.69 |
| MEM | 1/3/2008 5:46:59 PM | 98 | | | Sales | ($21.85) | | $0.92 |
| MEM | 12/13/2007 5:26:36 PM | 74 | | | Sales | ($38.25) | | $22.77 |
| MEM | 12/13/2007 5:01:19 AM | 70197601 | | | Lockbox - CD | $20.00 | | $61.02 |
| MEM | 12/7/2007 8:36:23 AM | HIPP1107 | | | Payroll - IPP | $25.00 | | $41.02 |
| MEM | 12/6/2007 5:53:56 PM | 65 | | | Sales | ($87.25) | | $16.02 |
| MEM | 12/4/2007 11:28:19 AM | TFN1204 | | | Phone Withdrawal | ($25.00) | | $103.27 |
| MEM | 12/4/2007 7:47:19 AM | 002015 | | | Payroll - UNICOR | $127.99 | | $128.27 |
| MEM | 11/21/2007 6:11:17 PM | 13 | | | Sales | ($10.50) | | $0.28 |
| MEM | 11/17/2007 5:16:44 AM | 70195901 | | | Lockbox - CD | $10.00 | | $10.78 |
| MEM | 11/15/2007 5:49:47 PM | 128 | | | Sales | ($9.65) | | $0.78 |
| MEM | 11/14/2007 11:29:35 AM | | | 507 | Bills | ($7.00) | | $10.43 |
| MEM | 11/8/2007 5:19:21 PM | 78 | | | Sales | ($107.20) | | $17.43 |
| MEM | 11/4/2007 7:07:48 AM | TFN1104 | | | Phone Withdrawal | ($14.00) | | $124.63 |
| MEM | 11/2/2007 10:25:59 AM | 002003 | | | Payroll - UNICOR | $137.96 | | $138.63 |
| MEM | 10/18/2007 9:49:32 PM | TFN1018 | | | Phone Withdrawal | ($1.00) | | $0.67 |
| MEM | 10/18/2007 5:55:05 PM | 59 | | | Sales | ($40.70) | | $1.67 |
| MEM | 10/14/2007 | TFN1014 | | | Phone Withdrawal | ($8.00) | | $42.37 |
| MEM | 10/14/2007 1:05:32 PM | 33301108 | | | Western Union | $50.00 | | $50.37 |
| MEM | 10/10/2007 11:01:58 AM | TFN1010 | | | Phone Withdrawal | ($4.00) | | $0.37 |
| MEM | 10/9/2007 5:11:06 PM | TFN1009 | | | Phone Withdrawal | ($1.00) | | $4.37 |
| MEM | 10/9/2007 2:17:18 PM | HIPP0907 | | | Payroll - IPP | $4.80 | | $5.37 |
| MEM | 10/6/2007 8:32:54 AM | TFN1006 | | | Phone Withdrawal | ($1.00) | | $0.57 |
| MEM | 10/4/2007 6:17:07 PM | 71 | | | Sales | ($79.30) | | $1.57 |
| MEM | 10/4/2007 6:16:58 PM | 70 | | | Sales | $0.00 | | $80.87 |

| | | | | | |
|---|---|---|---|---|---|
| MEM | 10/2/2007 10:54:20 AM | TFN1002 | Phone Withdrawal | ($7.00) | $80.87 |
| MEM | 10/2/2007 9:19:31 AM | 002002 | Payroll - UNICOR | $150.92 | $87.87 |
| MEM | 9/11/2007 9:19:10 AM | TX091107 | Transfer - In from TRUFACS | ($69.61) | ($63.05) |
| MEM | 9/10/2007 5:32:03 PM | 76 | Sales | ($0.45) | $6.56 |
| MEM | 9/10/2007 5:30:42 PM | 75 | Sales | ($78.60) | $7.01 |
| MEM | 9/10/2007 12:44:23 PM | GIPP0807 | Payroll - IPP | $5.40 | $85.61 |
| MEM | 9/10/2007 11:53:42 AM | TFN0910 | Phone Withdrawal | ($10.00) | $80.21 |
| MEM | 9/10/2007 5:13:03 AM | 70191103 | Lockbox - CD | $20.00 | $90.21 |
| MEM | 9/7/2007 3:41:41 PM | TFN0907 | Phone Withdrawal | ($8.00) | $70.21 |
| MEM | 9/7/2007 10:26:59 AM | TX090707 | Transfer - In from TRUFACS | $69.61 | $78.21 |
| MEM | 9/6/2007 6:49:41 PM | 39 | Sales | ($128.90) | $8.60 |
| MEM | 9/6/2007 3:19:03 PM | TFN0906 | Phone Withdrawal | ($1.00) | $137.50 |
| MEM | 9/5/2007 6:24:50 PM | TFN0905 | Phone Withdrawal | ($1.00) | $138.50 |
| MEM | 9/4/2007 4:46:20 PM | TFN0904 | Phone Withdrawal | ($3.00) | $139.50 |
| MEM | 9/4/2007 9:17:40 AM | 002084 | Payroll - UNICOR | $142.39 | $142.50 |
| MEM | 9/1/2007 9:16:08 PM | TFN0901 | Phone Withdrawal | ($1.00) | $0.11 |
| MEM | 8/20/2007 11:35:41 AM | 12 | Sales | ($13.20) | $1.11 |

12

Total Transactions: 100

Totals: $20.34 $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MEM | $0.64 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.64 |
| Totals: | $0.64 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.64 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $998.81 | $978.65 | $16.12 | $114.69 | $24.43 | N/A | N/A |

AUTHORIZED BY THE ACT OF
JULY 7, 1955 TO ADMINISTER
OATHS (18 U.S.C. 4004)

*Olori O. Ajana*
CASE MANAGER
1-28-08

h     e     e     b e

