UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

Paul Denton,
Plaintiff,

v.                                                          Civil No.: 07-2670-D/An

United States,
Defendant.

---

## MOTION TO DISMISS OR, ALTERNATIVELY, TRANSFER TO PROPER VENUE, COMBINED WITH SUPPORTING MEMORANDUM

---

This is an action under the Federal Tort Claims Act (FTCA), for injuries the Plaintiff allegedly sustained on October 1, 2003 at O'Hare International Airport and the Metropolitan Correctional Center (MCC) in Chicago, Illinois. The United States moves for dismissal pursuant to Fed. R. Civ. P. 12(b)(3) and (6). The suit is barred by the statute of limitations, and this is the wrong venue. Alternatively, the United States moves for transfer of this case to United States District Court for the Northern District of Illinois. The United States argues as follows in support of this motion.

## I.  INTRODUCTION

Plaintiff is a thirty-seven year old male incarcerated at the Federal Correctional Institution in Memphis, Tennessee. He was convicted in the Eastern District of Missouri and is serving to a 200 month term of imprisonment for Armed Bank Robbery in violation of 18 U.S.C. §§ 2 and 2113(a) and (d), and Use of a Firearm in Relation to a Crime of Violence in violation of 18 U.S.C. 924(c)(1). See Exhibit A, Inmate Public Information.

On July 24, 2003, the plaintiff was arrested and incarcerated pending federal charges.

*See United States v. Paul Denton*, Case No. 03-CR-00097 (E.D. Mo. 2003).  On September 18, 2003, the District Court ordered the plaintiff to undergo a psychiatric examination.  *Id.* On September 23, 2003, the plaintiff was incarcerated at the Federal Transfer Center in Oklahoma City, Oklahoma.  See Exhibit B, Inmate History.

On October 1, 2003, the plaintiff was transferred from the Oklahoma facility to MCC Chicago.  *Id.*  He was transferred via the Justice Prisoner and Alien Transportation System. The aircraft blew out three tires during landing.  All passengers, including the plaintiff, were evacuated through emergency chutes.  (Complaint, pg. 3 - 6.)  The plaintiff alleges he was injured during the aircraft evacuation.  Further, the plaintiff alleges he was denied proper medical care by the United States Marshals and the Federal Bureau of Prisons for injuries sustained from the plane incident.  After arriving at MCC Chicago, the plaintiff alleges he was provided the wrong medication which resulted in further injury to the plaintiff.  The plaintiff is requesting $5,000,000 compensation for personal injury.

These events that gave rise to the Plaintiff's Complaint allegedly occurred at O'Hare International Airport and MCC Chicago which are located in the Northern District of Illinois. However, the plaintiff brought the lawsuit in the Western District of Tennessee where he is presently incarcerated.

These events that gave rise to the Plaintiff's Complaint allegedly occurred "on or about October 01, 2003," and the Plaintiff claims that he was aware of his alleged injuries immediately.  Complaint, pg. 3 - 6.  On October 26, 2006, more than three years after his alleged injury, the Plaintiff filed an administrative tort claim.  *Id.*

## II. ARGUMENT

**A.  The Plaintiff's suit is time-barred by his failure to submit an administrative tort claim within two-years after his alleged injury.**

The Court has subject matter jurisdiction of an action against the United States only if the United States has waived sovereign immunity.  "[T]he United States, as sovereign, is immune from suit save as it consents to be sued . . . , and the terms of its consent to be sued in any court define that court's jurisdiction to entertain suit."  *United States v. Mitchell*, 445 U.S. 535, 538 (1980).  By statute, if the Plaintiffs can bring suit at all, he can only sue under the provision of the FTCA.  28 U.S.C. §  2679(d)(2).  As a limited waiver of sovereign immunity, the FTCA dictates that the Plaintiff must pursue his tort claim in compliance with the Act's procedures.  *See, McNeil v. United States*, 508 U.S. 106, 112 (1993).  Among those FTCA procedures is an administrative claims process:

> An action shall not be instituted upon a claim against the United States for money damages for injury or loss of property . . . caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, unless the claimant shall have first presented the claim to the appropriate Federal agency and his claim shall have been finally denied by the agency in writing and sent by certified or registered mail.  The failure of an agency to make a final disposition of a claim within six months after it is filed shall, at the option of the claimant at any time thereafter, be deemed a final denial of the claim for purposes of this section.

28 U.S.C. § 2675(a).

The FTCA administrative procedures include a two year statute of limitations for submitting an administrative tort claim.  28 U.S.C. §  2401(b).  In this case, the Plaintiff's October 26, 2006 administrative claim was more than a year late.  He submitted his claim more than three years after his alleged October 1, 2003 injuries.

The two year period for submitting an administrative claim began to run on October 1, 2003 because – according to his Complaint – that is when the Plaintiff learned of his injuries.  That is the day of the aircraft evacuation and the day of the alleged failure to provide appropriate medical care.  A medical malpractice claim accrues when the claimant discovers that he has been injured and discovers who inflicted that injury.  *Schappacher v. United States*, 475 F.Supp.2d 749, 753 (S.D.Ohio 2007) citing *United States v. Kubrick*, 444 U.S. 111, 122 (1979) (stating that for a cause of action to accrue the plaintiff need only know "the critical facts that he has been hurt and who has inflicted the injury.")  As admitted in his Complaint, the Plaintiff's alleged injuries happened on or about October 1, 2003.  That was the date of the aircraft evacuation, and the Plaintiff alleges that he was immediately aware of his injury.  See Complaint at 3-4.  Further, the plaintiff pled that on the same day MCC staff refused to provide medical treatment to the plaintiff.  *Id.*  The plaintiff also contends he was given the wrong medication which "immediately caused" an adverse reaction.  Complaint at 4-5.  Thus, the Plaintiff has pled that he knew that his injuries occurred on October 1, 2003, as a result of the alleged negligent conduct of employees of the United States Marshal's Service and the Federal Bureau of Prisons.  His two years to file an administrative claim ran from that date and expired long before he filed that claim.

The FTCA has two limitations provisions:  two years to file an administrative claim and then six months to file suit after the agency's denial.  28 U.S.C. § 2401(b).  The Plaintiff pled that he met the six month limitations period.  However, missing the two year limitations period is not excused by meeting the six month period.  Both periods apply.  *See generally, Schappacher v. United States*, 475 F.Supp.2d 749, 753 (S.D.Ohio 2007).  Case law and the

legislative history behind the enactment of 28 U.S.C. §2401(b) supports the conclusion that a plaintiff must always file his administrative claim with the appropriate federal agency within two years after claim accrues. *Id.* Only then is a plaintiff afforded six months from a written denial of the claim to file a federal court action. *Id. citing Pascale v. United States*, 998 F.2d 186, 190 (3d. Cir.1993) (referencing *Improvement of Procedures in Claims Settlement and Government Litigation: Hearings before Subcomm. No. 2 of the House Comm. On the Judiciary on H.R. 13650, 13651, 13652, and 14182*, 89th Cong., 2d Sess. 16 (April 6, 1966)); *Siedschlag v. United States*, 171 F.Supp.2d 716, 718 (S.D. Ohio 2001). This suit is time-barred.

## B.  This is the wrong venue.

FTCA suits are to be brought in the judicial district in which the plaintiff resides, or wherein the act or omission complained of occurred. 28 U.S.C. § 1402(b). This is not the district where the Plaintiff resides. Although the Sixth Circuit as not addressed this venue issue, the great weight of authority holds that an inmate is not a resident of the district where he happens to be involuntarily incarcerated. *See generally, Lindsey v. U.S.*, 2006 WL 2060651, fn. 1 (N.D. W.VA. 2006)(collecting cases).[1]

This is not the district where the act or omission complained of occurred. The acts complained of in this case occurred at O'Hare International Airport and the Metropolitan Correctional Center in Chicago, Illinois, which are located in the Northern District of Illinois.

---

[1]  On a related issue, the Sixth Circuit has held that, for diversity jurisdiction, an inmate is presumed not to be domiciled at his place of incarceration. *Stifel v. Hobkins*, 477 F.2d 1116 (6th Cir. 1973); *see also, Purdom v. Gettleman*, 2008 WL 695258 (E.D. Ky. 2008)("A prisoner does not acquire a new domicile when he or she is incarcerated in a different state; instead he or she maintains his or her pre-incarceration domicile.")

Since this is neither the district where the Plaintiff resides nor the district where the events occurred, the Court should dismiss this case as filed in the wrong venue.

Even if this district were a proper venue, the Court can and should transfer the case to the Northern District of Illinois. Title 28 U.S.C. §1404(a) authorizes a transfer to any other district where it might have been brought "for the convenience of parties and witnesses" and "in the interest of justice." Congress intended to give district courts the discretion to transfer cases on an individual basis by considering convenience and fairness. *Kerobo v. Southwestern Clean Fuels, Corp.*, 285 F.3d 531, 537 (6th Cir.2002). Further, liability under the FTCA is governed by the substantive tort law of the state where the relevant events happened. *Rayonier Inc. v. United States,* 352 U.S. 315 (1957); *Huffman v. United States*, 82 F.3d 703, 705 (6th Cir.1996). Because all of the events giving rise to the lawsuit occurred in Illinois and because Illinois substantive tort law governs and because potential witnesses include staff members located in Illinois, the lawsuit should be transferred to the Northern District of Illinois.

### III.  CONCLUSION

The United States is entitled to a judgment denying any relief to the Plaintiff and dismissing the Complaint against it.  In the alternative, the Court should transfer venue to the Northern District of Illinois.

Respectfully submitted,
David Kustoff
United States Attorney

By:  s/  William W. Siler (BPR #7194)
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, Tennessee 38103
Telephone  (901) 544-4231
Facsimile (901) 544-4230
bill.siler@usdoj.gov

### CERTIFICATE OF SERVICE

I, William W. Siler, Assistant U.S. Attorney, certify that the foregoing has been electronically filed on this date.  I further certify that a copy of the foregoing has been mailed to Paul S. Denton, Reg. No. 2948-044, FCI Memphis, P.O. Box 34550, Memphis, TN 38184-0550.

s/ William W. Siler
Assistant U.S. Attorney

Date: April 3, 2008

**EXHIBIT A**
**Inmate Public Information**

```
   CCCRJ        *        PUBLIC INFORMATION        *       03-20-2008
   PAGE 001      *           INMATE DATA            *       09:47:48
                           AS OF 03-20-2008

REGNO..: 29485-044 NAME: DENTON, PAUL STACY
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: MEM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 901-372-2269   FAX: 901-380-2462
                                           RACE/SEX...: BLACK / MALE
                                           AGE: 37
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 12-24-2017                     PAR HEAR DT:
------------------------- ADMIT/RELEASE HISTORY -------------------------
FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
MEM    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-11-2006 1659 CURRENT
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-11-2006 1759 12-11-2006 1759
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-11-2006 1025 12-11-2006 1759
OKL    HLD REMOVE HOLDOVER REMOVED            12-11-2006 0925 12-11-2006 0925
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 12-06-2006 1641 12-11-2006 0925
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-06-2006 1741 12-06-2006 1741
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-06-2006 0930 12-06-2006 1741
THP    TRANSFER   TRANSFER                     12-06-2006 0930 12-06-2006 0930

G0002       MORE PAGES TO FOLLOW . . .
```

```
  CCCRJ          *         PUBLIC INFORMATION        *      03-20-2008
PAGE 002         *            INMATE DATA            *      09:47:48
                            AS OF 03-20-2008

REGNO..: 29485-044 NAME: DENTON, PAUL STACY
COMP NO: 020        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: MEM / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 901-372-2269   FAX: 901-380-2462
THP    A-DES       DESIGNATED, AT ASSIGNED FACIL  03-23-2005 1025 12-06-2006 0930
5-A    RELEASE     RELEASED FROM IN-TRANSIT FACL  03-23-2005 1025 03-23-2005 1025
5-A    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-23-2005 1010 03-23-2005 1025
THA    TRANSFER    TRANSFER                       03-23-2005 1010 03-23-2005 1010
THA    A-DES       DESIGNATED, AT ASSIGNED FACIL  09-01-2004 1110 03-23-2005 1010
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL  09-01-2004 1210 09-01-2004 1210
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-01-2004 0930 09-01-2004 1210
OKL    HLD REMOVE  HOLDOVER REMOVED               09-01-2004 0830 09-01-2004 0830
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   08-16-2004 1505 09-01-2004 0830
2-L    RELEASE     RELEASED FROM IN-TRANSIT FACL  08-16-2004 1605 08-16-2004 1605
2-L    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-11-2004 1052 08-16-2004 1605
CST    ADMIN REL   ADMINISTRATIVE RELEASE         08-11-2004 0952 08-11-2004 0952
CST    A-ADMIN     ADMINISTRATIVE ADMISSION       08-11-2004 0842 08-11-2004 0952


G0002        MORE PAGES TO FOLLOW . . .
```

```
   CCCRJ        *        PUBLIC INFORMATION        *      03-20-2008
 PAGE 003       *           INMATE DATA            *      09:47:48
                         AS OF 03-20-2008

REGNO..: 29485-044 NAME: DENTON, PAUL STACY
COMP NO: 020        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: MEM / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 901-372-2269    FAX: 901-380-2462
PRE-RELEASE PREPARATION DATE: 06-24-2017

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  12-24-2017 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ---------------------

COURT OF JURISDICTION...........: MISSOURI, EASTERN DISTRICT
DOCKET NUMBER...................: 1:03CR00097ERW
JUDGE...........................: WEBBER
DATE SENTENCED/PROBATION IMPOSED: 07-27-2004
DATE COMMITTED..................: 09-01-2004
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002      MORE PAGES TO FOLLOW . . .
```

10

```
  CCCRJ          *        PUBLIC INFORMATION         *      03-20-2008
PAGE 004          *           INMATE DATA            *      09:47:48
                              AS OF 03-20-2008

REGNO..: 29485-044 NAME: DENTON, PAUL STACY
COMP NO: 020      ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: MEM / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 901-372-2269   FAX: 901-380-2462

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $200.00        $00.00         $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $184.24

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  130
OFF/CHG: T18: 2 AND 2113(A) AND (D); ARMED BANK ROBBERY (COUNT 1).
         T18: 924(C)(1) AND 2; USE OF A FIREARM IN RELATION TO A CRIME
         OF VIOLENCE (COUNT 2).

  SENTENCE PROCEDURE............: 3559 PLRA SENTENCE


G0002      MORE PAGES TO FOLLOW . . .
```

11

```
   CCCRJ          *         PUBLIC INFORMATION        *      03-20-2008
PAGE 005          *            INMATE DATA            *      09:47:48
                                AS OF 03-20-2008

REGNO..: 29485-044 NAME: DENTON, PAUL STACY
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: MEM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 901-372-2269   FAX: 901-380-2462
 SENTENCE IMPOSED/TIME TO SERVE.:   200 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 CLASS OF OFFENSE................: CLASS A FELONY
 DATE OF OFFENSE.................: 06-19-2003

------------------------CURRENT COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 09-07-2004 AT THA AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 07-27-2004
TOTAL TERM IN EFFECT............:   200 MONTHS

G0002      MORE PAGES TO FOLLOW . . .
```

```
   CCCRJ        *          PUBLIC INFORMATION       *     03-20-2008
 PAGE 006       *             INMATE DATA           *     09:47:48
                           AS OF 03-20-2008

REGNO..: 29485-044 NAME: DENTON, PAUL STACY
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: MEM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 901-372-2269   FAX: 901-380-2462
TOTAL TERM IN EFFECT CONVERTED..:   16 YEARS     8 MONTHS
EARLIEST DATE OF OFFENSE........: 06-19-2003

JAIL CREDIT....................:   FROM DATE     THRU DATE
                                   06-19-2003   07-26-2004

TOTAL PRIOR CREDIT TIME.........: 404
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 784
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 12-24-2017
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 02-16-2020


G0002      MORE PAGES TO FOLLOW . . .
```

```
   CCCRJ          *        PUBLIC INFORMATION      *     03-20-2008
PAGE 007          *           INMATE DATA          *     09:47:48
                            AS OF 03-20-2008

REGNO..: 29485-044 NAME: DENTON, PAUL STACY
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: MEM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 901-372-2269   FAX: 901-380-2462

PROJECTED SATISFACTION DATE.....: 12-24-2017
PROJECTED SATISFACTION METHOD...: GCT REL




G0002      MORE PAGES TO FOLLOW . . .
```

```
  CCCRJ          *         PUBLIC INFORMATION         *      03-20-2008
PAGE 008         *             INMATE DATA            *      09:47:48
                           AS OF 03-20-2008

REGNO..: 29485-044 NAME: DENTON, PAUL STACY
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: MEM / DESIGNATED, AT ASSIGNED FACIL

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  11-05-2003 VIA STDY CMPLT

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MISSOURI, EASTERN DISTRICT
DOCKET NUMBER...................: 1:03CR00097 ERW
JUDGE...........................: WEBBER
DATE SENTENCED/PROBATION IMPOSED: 09-18-2003
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 10-07-2003
HOW COMMITTED...................: 4241 THRU 4245 STUDY OR EXAM
PROBATION IMPOSED...............: NO

  G0002      MORE PAGES TO FOLLOW . . .
```

15

```
CCCRJ          *        PUBLIC INFORMATION        *      03-20-2008
PAGE 009       *           INMATE DATA            *      09:47:48
                        AS OF 11-05-2003

REGNO..: 29485-044 NAME: DENTON, PAUL STACY
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: MEM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 901-372-2269   FAX: 901-380-2462
SPECIAL PAROLE TERM.............:


RESTITUTION...:  PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 551
OFF/CHG: 18 USC 2113(D): ARMED BANK ROBBERY AND WEAPONS OFFENSE

  SENTENCE PROCEDURE.............: 4241 DETERM MENTAL COMPETENCY FOR TRIAL
  SENTENCE IMPOSED/TIME TO SERVE.: NOT APPLICABLE
  STUDY LENGTH...................:    30 DAYS
  DATE OF OFFENSE................: 06-20-2003


G0002       MORE PAGES TO FOLLOW . . .
```

16

```
  CCCRJ          *        PUBLIC INFORMATION        *      03-20-2008
PAGE 010         *           INMATE DATA            *      10:50:30
                          AS OF 11-05-2003

REGNO..: 29485-044 NAME: DENTON, PAUL STACY
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: MEM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 901-372-2269   FAX: 901-380-2462

-------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-08-2003 AT WAS AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 10-07-2003
TOTAL TERM IN EFFECT............:    30 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    30 DAYS
EARLIEST DATE OF OFFENSE........: 06-20-2003

JAIL CREDIT.....................:    FROM DATE      THRU DATE

G0002      MORE PAGES TO FOLLOW . . .
```

```
    CCCRJ          *        PUBLIC INFORMATION        *      03-20-2008
  PAGE 011         *            INMATE DATA           *      10:50:30
                            AS OF 11-05-2003

  REGNO..: 29485-044 NAME: DENTON, PAUL STACY
  COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
  FUNC...: DIS       RESP OF: MEM / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 901-372-2269   FAX: 901-380-2462
                            06-20-2003   10-06-2003


  TOTAL JAIL CREDIT TIME..........: 109
  TOTAL INOPERATIVE TIME..........: 0
  STATUTORY GOOD TIME RATE........: 0
  TOTAL SGT POSSIBLE..............: 0
  TOTAL GCT EARNED AND PROJECTED..: 0
  TOTAL GCT EARNED................: 0
  PAROLE ELIGIBILITY..............: N/A
  STATUTORY RELEASE DATE..........: N/A
  TWO THIRDS DATE.................: N/A
  180 DAY DATE....................: N/A
  SIX MONTH /10% DATE.............: N/A
  EXPIRATION FULL TERM DATE.......: 11-05-2003


  G0002      MORE PAGES TO FOLLOW . . .
```

18

```
  CCCRJ         *           PUBLIC INFORMATION          *      03-20-2008
PAGE 012 OF 012 *                INMATE DATA            *      10:50:30
                             AS OF 11-05-2003

REGNO..: 29485-044 NAME: DENTON, PAUL STACY
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: MEM / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 901-372-2269   FAX: 901-380-2462

NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 11-05-2003
ACTUAL SATISFACTION METHOD......: STDY CMPLT
ACTUAL SATISFACTION FACILITY....: WAS
ACTUAL SATISFACTION KEYED BY....: TWB

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**EXHIBIT B**
**Inmate History**

```
    CCCRJ  531.01 *              INMATE HISTORY           *     03-20-2008
  PAGE 001        *                ADM-REL              *     09:45:44

   REG NO..: 29485-044 NAME....: DENTON, PAUL STACY
   CATEGORY: ARS         FUNCTION: DIS          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
MEM    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-11-2006 1659 CURRENT
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-11-2006 1759 12-11-2006 1759
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-11-2006 1025 12-11-2006 1759
OKL    HLD REMOVE HOLDOVER REMOVED              12-11-2006 0925 12-11-2006 0925
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 12-06-2006 1641 12-11-2006 0925
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-06-2006 1741 12-06-2006 1741
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-06-2006 0930 12-06-2006 1741
THP    TRANSFER   TRANSFER                      12-06-2006 0930 12-06-2006 0930
THP    A-DES      DESIGNATED, AT ASSIGNED FACIL 03-23-2005 1025 12-06-2006 0930
5-A    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-23-2005 1025 03-23-2005 1025
5-A    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-23-2005 1010 03-23-2005 1025
THA    TRANSFER   TRANSFER                      03-23-2005 1010 03-23-2005 1010
THA    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-01-2004 1110 03-23-2005 1010
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-01-2004 1210 09-01-2004 1210


G0002      MORE PAGES TO FOLLOW . . .
```

21

```
 CCCRJ  531.01 *              INMATE HISTORY          *      03-20-2008
PAGE 002       *              ADM-REL                 *      09:45:44

 REG NO..: 29485-044 NAME....: DENTON, PAUL STACY
 CATEGORY: ARS        FUNCTION: DIS        FORMAT:

FCL      ASSIGNMENT DESCRIPTION            START DATE/TIME STOP  DATE/TIME
A02      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-01-2004 0930 09-01-2004 1210
OKL      HLD REMOVE HOLDOVER REMOVED       09-01-2004 0830 09-01-2004 0830
OKL      A-HLD      HOLDOVER, TEMPORARILY HOUSED 08-16-2004 1505 09-01-2004 0830
2-L      RELEASE    RELEASED FROM IN-TRANSIT FACL 08-16-2004 1605 08-16-2004 1605
2-L      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-11-2004 1052 08-16-2004 1605
CST      ADMIN REL  ADMINISTRATIVE RELEASE  08-11-2004 0952 08-11-2004 0952
CST      A-ADMIN    ADMINISTRATIVE ADMISSION 08-11-2004 0842 08-11-2004 0952
P04      RELEASE 08 RELEASED FROM IN-TRANSIT, AUG 08-11-2004 0942 08-11-2004 0942
P04      A-ADMIT 03 ADMITTED TO IN-TRANSIT, MAR 03-17-2004 0530 08-11-2004 0942
I-T      RELEASE    RELEASED FROM IN-TRANSIT FACL 03-17-2004 0530 03-17-2004 0530
I-T      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-18-2003 0530 03-17-2004 0530
A02      RELEASE    RELEASED FROM IN-TRANSIT FACL 11-18-2003 0530 11-18-2003 0530
A02      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-17-2003 1000 11-18-2003 0530
OKL      HLD REMOVE HOLDOVER REMOVED       11-17-2003 0900 11-17-2003 0900


G0002       MORE PAGES TO FOLLOW . . .
```

22

```
  CCCRJ  531.01 *              INMATE HISTORY            *      03-20-2008
PAGE 003          *              ADM-REL                 *      09:45:44

  REG NO..: 29485-044 NAME....: DENTON, PAUL STACY
  CATEGORY: ARS         FUNCTION: DIS       FORMAT:

FCL       ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
OKL       A-HLD      HOLDOVER, TEMPORARILY HOUSED 11-13-2003 1700 11-17-2003 0900
CCC       PRE REMOVE PRE SENT DETAINEE REMOVED    11-13-2003 2240 11-13-2003 2328
CCC       A-PRE      PRE-SENT ADMIT, ADULT        11-07-2003 1104 11-13-2003 2240
CCC       LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-07-2003 0604 11-07-2003 1104
CCC       A-PRE      PRE-SENT ADMIT, ADULT        11-06-2003 1042 11-07-2003 0604
B07       RELEASE    RELEASED FROM IN-TRANSIT FACL 11-06-2003 1142 11-06-2003 1142
B07       A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-06-2003 0710 11-06-2003 1142
OXF       HLD REMOVE HOLDOVER REMOVED             11-06-2003 0610 11-06-2003 0610
OXF       A-HLD      HOLDOVER, TEMPORARILY HOUSED 11-05-2003 1345 11-06-2003 0610
WAS       STDY CMPLT STUDY AND OBS COMPLETED      11-05-2003 0945 11-05-2003 1345
WAS       A-PRE      PRE-SENT ADMIT, ADULT        10-07-2003 1045 11-05-2003 0945
B07       RELEASE    RELEASED FROM IN-TRANSIT FACL 10-07-2003 1145 10-07-2003 1145
B07       A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-07-2003 0650 10-07-2003 1145
OXF       HLD REMOVE HOLDOVER REMOVED             10-07-2003 0550 10-07-2003 0550


G0002        MORE PAGES TO FOLLOW . . .
```

23

```
  CCCRJ  531.01 *            INMATE HISTORY           *      03-20-2008
PAGE 004          *              ADM-REL             *      09:45:44

  REG NO..: 29485-044 NAME....: DENTON, PAUL STACY
  CATEGORY: ARS       FUNCTION: DIS         FORMAT:

FCL     ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
OXF     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 10-06-2003 1400 10-07-2003 0550
B07     RELEASE    RELEASED FROM IN-TRANSIT FACL 10-06-2003 1500 10-06-2003 1500
B07     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-06-2003 1131 10-06-2003 1500
CCC     HLD REMOVE HOLDOVER REMOVED            10-06-2003 1031 10-06-2003 1031
CCC     A-PRE      PRE-SENT ADMIT, ADULT      10-01-2003 1657 10-06-2003 1031
CCC     ADM CHANGE RELEASE FOR ADMISSION CHANGE 10-01-2003 1658 10-01-2003 1659
CCC     A-BOP HLD  HOLDOVER FOR INST TO INST TRF 10-01-2003 1655 10-01-2003 1658
A02     RELEASE    RELEASED FROM IN-TRANSIT FACL 10-01-2003 1755 10-01-2003 1755
A02     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-01-2003 0900 10-01-2003 1755
OKL     HLD REMOVE HOLDOVER REMOVED            10-01-2003 0800 10-01-2003 0800
OKL     A-HLD      HOLDOVER, TEMPORARILY HOUSED 09-29-2003 1627 10-01-2003 0800
2-L     RELEASE    RELEASED FROM IN-TRANSIT FACL 09-29-2003 1727 09-29-2003 1727
2-L     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-23-2003 1152 09-29-2003 1727
CST     ADMIN REL  ADMINISTRATIVE RELEASE     09-23-2003 1052 09-23-2003 1052


G0002       MORE PAGES TO FOLLOW . . .
```

```
  CCCRJ  531.01 *              INMATE HISTORY            *      03-20-2008
PAGE 005 OF 005 *                ADM-REL               *      09:45:44

  REG NO..: 29485-044 NAME....: DENTON, PAUL STACY
  CATEGORY: ARS       FUNCTION: DIS         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
CST    A-ADMIN    ADMINISTRATIVE ADMISSION    09-23-2003 1049 09-23-2003 1052
```

```
G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

25