IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**PAUL DENTON,**

    **Plaintiff,**

vs.                                                                 Civil No. <u>07-2670-D/P</u>

**UNITED STATES OF AMERICA,**
**et al.,**

    **Defendants.**

---

### SCHEDULING ORDER
---

    After a review of the pleadings in this case, the court has determined that this order should be entered for the purposes of scheduling dates for the completion of certain pre-trial activities; the following dates are established as the final dates for:

FILING MOTIONS TO JOIN PARTIES: **October 8, 2008**

FILING MOTIONS TO AMEND PLEADINGS: **October 8, 2008**

FILING PRE-TRIAL MOTIONS OF ANY OTHER KIND: **January 8, 2009**

COMPLETING ALL DISCOVERY pursuant to Federal Rules of Civil Procedure 26 through 35 and Rule 37: **November 10, 2008**

    This case is set for a non-jury trial and is expected to last two (2) days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

    *This order will not be modified except upon showing of good cause*

    IT IS SO ORDERED.

                                          s/ Tu M. Pham
                                          TU M. PHAM
                                          United States Magistrate Judge

                                          July 10, 2008
                                          Date