July 21, 2008

Mr. Paul Denton, pro se.
#29485-044
Federal Correctional Institution
FCI Memphis
P.O. Box 34550
Memphis, TN. 38184-0550

United States District Court
Western District Of Tennessee
167 North Main Street
Memphis, TN. 38103
**ATTN: Ms. Taffy Elchlepp, Case Manager**

Re: <u>Paul Denton v. United States of America, et al. 2:07cv2670-D</u>.

Dear Ms. Elchlepp:

Please find enclosed a copy of an order that I received from the court on or about July 17, 2008, "<u>Notice Of Setting</u>". At the bottom of the order it states that if I have any questions that I can call you, it is very hard to get a phone call at this institution, even for legal matters.

What I need to know is, what is the procedure that I must go through to get an attorney to represent me in this matter. I am aware of the fact that I am <u>not</u> entitled to counsel in a civil matter, but I will need a lawyer. To date, the only help that I have had with this matter is one other inmate. I have <u>no</u> legal knowledge what-so-ever and I am not able to represent myself in federal court.

I was told that the court's have a list of attorneys that may take a case like mine, if that is so, would you please send me a copy of that list so that I can write to one or more of them to see if I can get an attorney. I don't want to miss any of my filing dates and I want all of the motions filed in this matter to be correct. Thank you very much for your time and for your help, would you please get back to me as soon as possible.

(1)

United States District Court
Western District Of Tennessee
167 North Main Street
Memphis, TN. 38103
**ATTN: Ms. Taffy Elchlepp, Case Manager**
Page (2).



Respectfully submitted,

*[signature: Paul Denton]*
Paul Denton, pro se.


cc. File.



ADM/08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

Thomas M. Gould, Clerk
242 Federal Building
167 N. Main Street
Memphis, Tennessee 38103
(901) 495-1200

Deputy-in-Charge
U.S. Courthouse, Room 262
111 South Highland Avenue
Jackson, Tennessee 38301
(731) 421-9200

## NOTICE OF SETTING
### Before Judge Bernice B. Donald, United States District Judge

July 15, 2008

RE:  2:07cv2670-D
PAUL DENTON v. UNITED STATES OF AMERICA, et al.

Dear Sir/Madam:

A NON-JURY TRIAL has been SET before Judge Bernice B. Donald on MONDAY, APRIL 13, 2009 at 9:00 A.M. in Courtroom 3, 9th floor of the Federal Building, Memphis, Tennessee.

The PRETRIAL CONFERENCE will be held on MONDAY, MARCH 30, 2009 at 1:30 P.M. in Courtroom 3, 9th floor of the Federal Building, Memphis, Tennessee.

A PROPOSED JOINT PRETRIAL ORDER (email, or on diskette) must be furnished to Judge's chambers by 4:30 P.M., MARCH 23, 2009.
Please see attached instructions.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
Thomas M. Gould, CLERK

BY:  s/ T. Elchlepp
Taffy Elchlepp
Case Manager, to Judge Bernice B. Donald
901-495-1238

Attachment



Mr. Paul Denton, pro se.
#29485-044
Federal Correctional Institution
FCI Memphis
P.O. Box 34550
Memphis, TN. 38184-0550

LEGAL MAIL

MEMPHIS TN 381
22 JUL 2008 PM 3 T

08 JUL 23 AM 10: 40
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

United States District Court
Western District Of Tennessee
167 North Main Street
Memphis, TN. 38103
ATTN: Ms. Taffy Elchlepp, Case Manager