# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| **PAUL DENTON,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **Civ. No.: 07-2670** |
| **UNITED STATES OF AMERICA, et. al.** | ) ) ) ) | |
| Defendants. | ) | |

## ORDER STRIKING PENDING MOTIONS

On July 29, 2008, the Court entered an Order transferring the case to the Northern District of Illinois. In light of the Court's Order, all remaining motions are transferred to the Northen District of Illinois and stricken from the Court's pending case list.

**IT IS SO ORDERED** this 30th day of July 2008.

s/Bernice Bouie Donald
BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT JUDGE