CLOSED, PROSE, PX

# U.S. District Court
## Western District of Tennessee (Memphis)
## CIVIL DOCKET FOR CASE #: 2:07−cv−02670−BBD

Denton v. United States of America et al
Assigned to: Judge Bernice B. Donald
Referred to: Unassigned 7
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 10/17/2007
Date Terminated: 07/30/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Paul Denton**                    represented by    **Paul Denton**
29485−044
Federal Correctional Institution−FCI Memphis
P.O. Box 34550
Memphis, TN 38184−0550
PRO SE

V.

**Defendant**

**United States of America**          represented by    **William W. Siler**
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103
901−544−4231
Email: bill.siler@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**U. S. Marshal's Serivce**          represented by    **William W. Siler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Federal Bureau of Prisons**          represented by    **William W. Siler**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2007 | Ï 1 | PRO SE COMPLAINT against United States of America, U. S. Marshal's Serivce, Federal Bureau of Prisons, filed by Paul Denton. (Attachments: #_1 #_2 Judge's card)(jml, ) (Entered: 10/19/2007) |
| 10/17/2007 | Ï 2 | MOTION for Leave to Proceed in forma pauperis by Paul Denton. (jml, ) (Entered: 10/19/2007) |
| 12/10/2007 | Ï 3 | |

| | | |
|---|---|---|
| | | ORDER denying 2 Motion for Leave to Proceed in forma pauperis; Order to Comply with PLRA or pay full $350 civil filing fee; Order correcting the docket. Signed by Judge Bernice B. Donald on 12/10/2007. (Donald, Bernice) (Entered: 12/10/2007) |
| 12/10/2007 | ï 4 | MOTION for Leave to Proceed in forma pauperis by Paul Denton. (vjm, ) (Entered: 12/20/2007) |
| 01/07/2008 | ï 5 | MOTION for Leave to Proceed in forma pauperis by Paul Denton. (vjm, ) (Entered: 01/16/2008) |
| 01/07/2008 | ï 6 | NOTICE /APPLICATION to Proceed Without Prepayment of Fees and Affidavit by Paul Denton, pro se (vjm, ) (Entered: 01/16/2008) |
| 01/22/2008 | ï 7 | ORDER denying 4 Motion for Leave to Proceed in forma pauperis; denying 5 Motion for Leave to Proceed in forma pauperis; Second Order to Comply with the PLRA; Order Assessing $350 Civil Filing Fee; and Order to Issue and Effect Service of Process. Signed by Judge Bernice B. Donald on 01/22/2008. (Donald, Bernice) (Entered: 01/22/2008) |
| 01/29/2008 | ï 8 | Summons Issued as to United States of America, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Summons as to Attorney General)(jml, ) (Entered: 01/30/2008) |
| 01/29/2008 | ï 9 | Summons Issued as to U. S. Marshal's Serivce. (jml, ) (Entered: 01/30/2008) |
| 01/29/2008 | ï 10 | Summons Issued as to Federal Bureau of Prisons. (jml, ) (Entered: 01/30/2008) |
| 02/07/2008 | ï 11 | SUMMONS Returned Executed by Paul Denton. United States of America served on 2/6/2008, answer due 4/7/2008. (vjm, ) (Entered: 02/08/2008) |
| 02/07/2008 | ï 12 | SUMMONS Returned Executed by Paul Denton. U. S. Marshal's Serivce served on 2/6/2008, answer due 2/26/2008. (vjm, ) (Entered: 02/08/2008) |
| 02/07/2008 | ï 13 | SUMMONS Returned Executed by Paul Denton. U.S. Attorney David Kustoff served on 2/6/08. (vjm, ) (Entered: 02/08/2008) |
| 02/07/2008 | ï 14 | NOTICE/CERTIFIED MAIL RETURN RECEIPT (#70070710000559447822) (vjm, ) (Entered: 02/08/2008) |
| 02/07/2008 | ï 15 | NOTICE/CERTIFIED MAIL RETURN RECEIPT (#70070710000559447839) (vjm, ) (Entered: 02/08/2008) |
| 02/11/2008 | ï 16 | SUMMONS Returned Executed by Paul Denton. United States of America served on 2/11/2008, answer due 3/3/2008., SUMMONS Returned Executed by Paul Denton. United States of America served on 2/11/2008, answer due 3/3/2008. U.S. Attorney General served on 2/11/08. (vjm, ) (Entered: 02/12/2008) |
| 02/11/2008 | ï 17 | SUMMONS Returned Executed by Federal Bureau of Prisons. Federal Bureau of Prisons served on 2/11/2008, answer due 3/3/2008. (vjm, ) (Entered: 02/12/2008) |
| 02/15/2008 | ï 18 | NOTICE /PLAINTIFF'S RESPONSE TO COURT ORDER, by Paul Denton, pro se (vjm, ) (Entered: 02/21/2008) |
| 04/03/2008 | ï 19 | MOTION to Dismiss *combined with memorandum* by United States of America, U. S. Marshal's Serivce, Federal Bureau of Prisons. (Attachments: # 1 Exhibit to Motion)(Siler, William) (Entered: 04/03/2008) |
| 04/16/2008 | ï 20 | RESPONSE to Motion re 19 MOTION to Dismiss *combined with memorandum* filed by Paul Denton. (vjm, ) (Entered: 04/23/2008) |
| 05/01/2008 | ï 21 | Amended MOTION to Dismiss ,*with supporting memorandum,* by all defendants. (Attachments: # 1 Exhibit Quarters Report)(Siler, William) (Entered: 05/01/2008) |

| | | |
|---|---|---|
| 05/14/2008 | 22 | RESPONSE to Motion re 21 Amended MOTION to Dismiss ,*with supporting memorandum,* filed by Paul Denton. Pro Se. (vjm, ) (Entered: 05/19/2008) |
| 05/21/2008 | I | Unassigned 7 added. Judge S. Thomas Anderson no longer assigned to case. (jml, ) (Entered: 05/22/2008) |
| 07/09/2008 | 23 | MOTION to Dismiss *Bivens Claims and Strike Jury Demand, Combined with Supporting Memorandum* by United States of America. (Attachments: # 1 Exhibit)(Siler, William) (Entered: 07/09/2008) |
| 07/10/2008 | 24 | SCHEDULING ORDER: Amended Pleadings due by 10/8/2008. Discovery due by 11/10/2008. Joinder of Parties due by 10/8/2008. Motions due by 1/8/2009. Non−jury trial expected to last two (2) days. Signed by Magistrate Judge Tu M. Pham on 7/10/08. (Pham, Tu) (Entered: 07/10/2008) |
| 07/15/2008 | 25 | SETTING LETTER: NonJury Trial set for 4/13/2009 09:00 AM in Courtroom 3 − Memphis before Judge Bernice B. Donald. Pretrial Conference set for 5/30/2009 01:30 PM in Courtroom 3 − Memphis before Judge Bernice B. Donald. Proposed Pretrial Order due by 5/23/2009. (tpe) (Entered: 07/15/2008) |
| 07/22/2008 | 26 | **CORRECTED** SETTING LETTER: NonJury Trial set for 4/13/2009 09:00 AM in Courtroom 3 − Memphis before Judge Bernice B. Donald. Pretrial Conference set for **3/30/2009 01:30 PM** in Courtroom 3 − Memphis before Judge Bernice B. Donald. Proposed Pretrial Order due by **3/23/2009.** (tpe,) (Entered: 07/22/2008) |
| 07/23/2008 | 27 | MOTION to Appoint Counsel by Paul Denton. (vjm) (Entered: 07/25/2008) |
| 07/29/2008 | 29 | ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR TRANSFER re 19 . Signed by Judge Bernice B. Donald on 7/29/08. (Donald, Bernice) (Entered: 07/30/2008) |
| 07/30/2008 | 28 | ORDER Striking All Pending Motions: 19 Motion to Dismiss; striking 21 Motion to Dismiss; striking 23 Motion to Dismiss; striking 27 Motion to Appoint Counsel. Signed by Judge Bernice B. Donald on 7/30/08. (Donald, Bernice) (Entered: 07/30/2008) |