UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL DENTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 4485 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, et. al. ) | Judge Andersen |
| ) | |
| Defendant. ) | |

**ATTORNEY DESIGNATION**

    Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/ Harpreet K. Chahal
        HARPREET K. CHAHAL
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-1996
        harpreet.chahal@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

were served on August 15, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

Paul Denton
#29485-044
Memphis TN
P.O. Box 34550
Memphis, TN 38184-0550

                                                            s/ Harpreet K. Chahal
                                                            HARPREET K. CHAHAL
                                                            Assistant United States Attorney
                                                            219 South Dearborn Street
                                                            Chicago, Illinois 60604
                                                            (312) 353-1996