

August 25, 2008

Mr. Paul Denton  "pro se"
Reg. No. 29485-044
Federal Correctional Institution
Memphis, (Unit M-A)
Post Office Box 34550
Memphis, TN 38184-0550

FILED
SEP 2, 2008
SEP 2 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Office of the Clerk
U.S. District Court for
the Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Re: Denton v. USA, et al. **1:08-cv-04485**:

Dear Clerk:

    I just received a copy of this court August 20. 2008's Order scheduling a status hearing for September 11, 2008 at 9:00 am. Therefore, the purpose of this letter is to inform this Honorable Court and the opposite party, that I would like to participate in said scheduled hearing, however, due to my incarceration is near to be impossible that I appears as such time and place.

    Nevertheless, if my presence is required, this Court could assit me to be present by phone's conference, by mailing and order to my Custodiam Mr. Juan D. Castillo, Warden of FCI Memphis, at **(1101 John Denie Rd. Memphis, TN 38184-0550).**

    Please, whatever is your decision on this matter, inform me at your earliest convenience. Thanks.

Sincerely,

Paul Denton
Paul Denton, "pro se"

cc:
Mr. Harpreet K. Chahal
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604